UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DIANE BRZOZOWSKI and
JENNIFER BRZOZOWSKI,

                            Plaintiffs,              **Case No.10-cv-430-S**

      vs.                                          **RULE 41 STIPULATION**
                                                        **OF DISMISSAL**
ACCOUNTS RECEIVABLE MANAGEMENT, INC.,    **WITH PREJUDICE**

                            Defendant.
_____

        IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice.  Each party hereto shall bear its own costs, disbursements, and attorneys' fees.

Dated:  Buffalo, New York
       November 4, 2010

LAW OFFICES OF KENNETH HILLER          PHILLIPS LYTLE LLP


By:   /s/ Kimberly T. Irving                By:   /s/ Robert L. Lash
     Kenneth R. Hiller, Esq.                      John G. Schmidt Jr., Esq.
     Kimberly T. Irving, Esq.                    Robert L. Lash, Esq.
Attorneys for Plaintiffs                       Attorneys for Defendant
6000 North Bailey Avenue, Suite 1A        3400 HSBC Center
Amherst, New York 14226                 Buffalo, New York 14203
Telephone No.: (716) 564-3288            Telephone No.: (716)847-8400
E-mail:  khiller@kennethhiller.com        E-mail: jschmidt@phillipslytle.com
         kirving@kennethhiller.com         E-mail: rlash@phillipslytle.com

Doc # 01-2404044.1